Date: 05/11/10

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-14503 - BRITTON, KENNETH EARL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 207.24 | 0.45 |
| Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | 000010 | 571.99 | 1.26 |
| ---------- Remittance Total --------------- | | 779.23 | 1.71 |

LAUREN A. HELBLING, Trustee

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
2010 MAY 12 AM 10: 18
FILED